JOHN E. KUHN, JR.
United States Attorney

KAYLA DOYLE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kayla.doyle@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:22-cr-00035-JMK-KFR |
| Plaintiff, | ) ) | COUNT 1: |
| vs. | ) ) ) | FELON IN POSSESSION OF A FIREARM Vio. of 18 U.S.C. §§ 922(g)(1) and |
| SOREN MEYER, | ) ) | 924(a)(2) |
| Defendant. | ) ) ) ) ) | CRIMINAL FORFEITURE ALLEGATION: 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c) and Rule 32.2(a) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about January 4, 2022, within the District of Alaska, the defendant, SOREN

MEYER, knowing he had previously been convicted by any court of a crime punishable

by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit:

1. One Smith & Wesson .40 caliber pistol, serial number DYJ1961.

Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| January 24, 2020 | Assault 3 | Superior Court for the State of Alaska | 3AN-19-10012CR |
| August 17, 2018 | Assault 1, Serious Injury with a Weapon | Superior Court for the State of Alaska | 3AN-18-4978CR |
| August 17, 2018 | Theft 2, Firearm or Explosive | Superior Court for the State of Alaska | 3AN-17-627CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c).

Upon conviction of the offenses set forth in Count 1 of this Indictment, the defendant, SOREN MEYER., shall forfeit to the United States pursuant to 18 U.S.C. §§ 924(d)(1), and 28 U.S.C. § 2461(c), any firearm or associated magazines and ammunition involved in or used in knowing violation of the offense, including, but not limited to:

1. One Smith & Wesson .40 caliber pistol, serial number DYJ1961.

2. Any associated magazines and ammunition.

All pursuant to 18 U.S.C. §§ 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kayla Doyle
KAYLA DOYLE
Special Assistant U.S. Attorney
United States of America

s/ John E. Kuhn, Jr.
JOHN E. KUHN, JR.
United States Attorney
United States of America

DATE: April 20, 2022

Page 3 of 3

Case 3:22-cr-00035-JMK-KFR   Document 2   Filed 04/21/22   Page 3 of 3